4/1/2020 3:03 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 42062052
By: Charlie Tezeno
Filed: 4/1/2020 3:03 PM

CAUSE NO. 202019235

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 863827  TRACKING NO: 73738987

EML

| | |
|---|---|
| Plaintiff:<br>PIERCE, TANYS (INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF<br>vs.<br>Defendant:<br>WRRH INVESTMENTS LP | In The 270th<br>Judicial District Court of<br><br>Harris County, Texas<br>201 CAROLINE<br>Houston, Texas |

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

To:     RED ROOF INNS INC (FOREIGN CORPORATION) MAY BE SERVED VIA ITS REGISTERED AGENT
CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCORPORATING SERVICE COMPANY
211 E 7TH STREET SUITE 620, AUSTIN TX 78701

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITOIN FIRST SET OF INTERROGATORIES REQUEST FOR PRODUCTION REQUEST FOR ADMISSIONS AND REQUEST FOR DISCLOSURE TO DEFENDANTS

This instrument was filed on March 25, 2020 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.

This citation was issued on March 30, 2020, under my hand and seal of said court.

Issued at the request of:

Itkin, Jason A.
6009 MEMORIAL DRIVE
HOUSTON, TX  77007
713-222-3800
Bar Number: 24032461

*Marilyn Burgess*

Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE  Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By:CYNTHIA CLAUSELL

# EXHIBIT A

Tracking Number: 73738987

EML

**CAUSE NUMBER: 202019235**

| | |
|---|---|
| PLAINTIFF: PIERCE, TANYS (INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF<br>vs.<br>DEFENDANT: WRRH INVESTMENTS LP | In the 270th<br>Judicial District Court of<br>Harris County, Texas |

**OFFICER - AUTHORIZED PERSON RETURN**

Came to hand at _____ o'clock ___. M. on the _____ day of _____, 20_____. Executed at

(Address)_____
in

_____ County at o'clock ___. M. On the _____ day of _____, 20_____, by

Delivering to _____defendant, in person, a true copy of this Citation together with the accompanying _____ copy (ies) of the «Attachment».  Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____day of _____, 20.

Fees $_____

_____                By_____
                    Affiant                                                                                  Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared.  After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____, 20__.

_____
Notary Public

**EXHIBIT A**

## CAUSE NO. 2020-19235

| | | |
|---|---|---|
| TANYA PIERCE, INDIVIDUALLY AND AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF JANE DOE **PLAINTIFF** | § § § § § | IN THE 270th District Court |
| VS. | § § | HARRIS COUNTY, TX |
| WRRH INVESTMENTS LP; ET AL **DEFENDANT** | § § § § | |

### RETURN OF SERVICE

**ON Tuesday, March 31, 2020 AT 10:58 AM**
CITATION, PLAINTIFF'S ORIGINAL PETITION, PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION, REQUEST FOR ADMISSIONS, REQUEST FOR DISCLOSURE TO DEFENDANTS for service on RED ROOF INNS INC (FOREIGN CORPORATION) C/O REGISTERED AGENT CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCORPORATING SERVICE COMPANY came to hand.

**ON Tuesday, March 31, 2020 AT 11:24 AM, I, Dane R Cuppett, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** RED ROOF INNS INC (FOREIGN CORPORATION) C/O REGISTERED AGENT CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCORPORATING SERVICE COMPANY, by delivering to John Spidel, 211 E 7TH STREET SUITE 620, AUSTIN, TRAVIS COUNTY, TX 78701.

My name is Dane R Cuppett. My address is 7421 BURNET ROAD NO. 501, AUSTIN, TX 78757. I am a private process server certified by the Texas Judicial Branch Certification Commission (PSC 07114, expires 10/31/2021). My e-mail address is info@easy-serve.com. My date of birth is 10/9/1984. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in TRAVIS COUNTY, TX on Tuesday, March 31, 2020.

/S/ Dane R Cuppett

Estate of Jade Pierce

Doc ID: 272269_1

## EXHIBIT A

4/1/2020 3:03 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 42062060
Receipt Number: 863827   By: Charlie Tezeno
Tracking Number: 73738966
Filed: 4/1/2020 3:03 PM

EML
**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202019235

| | |
|---|---|
| PLAINTIFF: PIERCE, TANYS (INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF | In the 270th Judicial |
| vs. | District Court of |
| DEFENDANT: WRRH INVESTMENTS LP | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: RED ROOF FRANCHISING LLC (FOREIGN LIMITED-LIABILITY COMPANY) MAY BE SERVED VIA ITS REGISTERED AGENT CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCORPORATING SERVICE COMPANY
211 E 7TH STREET SUITE 620
AUSTIN TX 78701

   Attached is a copy of PLAINTIFF'S ORIGINAL PETITOIN FIRST SET OF INTERROGATORIES REQUEST FOR PRODUCTION REQUEST FOR ADMISSIONS AND REQUEST FOR DISCLOSURE TO DEFENDANTS.

This instrument was filed on March 25, 2020, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

   ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this March 30, 2020.

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002


Generated By: CYNTHIA CLAUSELL

Issued at request of:
Itkin, Jason A.
6009 MEMORIAL DRIVE
HOUSTON, TX  77007
713-222-3800

Bar Number: 24032461

**EXHIBIT A**

Tracking Number: 73738988
EML

CAUSE NUMBER: 202019235

PLAINTIFF: PIERCE, TANYS (INDIVIDUALLY AND　　　　　　In the 270th
AS REPRESENTATIVE OF THE ESTATE OF

　vs.　　　　　　　　　　　　　　　　　　　　　　　Judicial District Court

DEFENDANT: WRRH INVESTMENTS LP　　　　　　　　　of Harris County, Texas

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock _____. M., on the _____ day of _____, 20_____.
Executed at (address) _____
in _____ County
at _____ o'clock _____. M., on the _____ day of _____, 20 _____,
by delivering to _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the _____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, 20 _____.

FEE: $ _____                 _____
                                   _____ of _____
County, Texas
_____   By: _____
           Affiant                              Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of _____, 20 _____

Unofficial Copy Office of Marilyn Burgess District Clerk

**EXHIBIT A**

## CAUSE NO. 2020-19235

| | | |
|---|---|---|
| TANYA PIERCE, INDIVIDUALLY AND AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF JANE DOE<br>**PLAINTIFF**<br><br>VS.<br><br>WRRH INVESTMENTS LP; ET AL<br>**DEFENDANT** | § § § § § § § § § § § | IN THE 270th District Court<br><br>HARRIS COUNTY, TX |

### RETURN OF SERVICE

**ON Tuesday, March 31, 2020 AT 10:58 AM**
CITATION, PLAINTIFF'S ORIGINAL PETITION, PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION, REQUEST FOR ADMISSIONS, REQUEST FOR DISCLOSURE TO DEFENDANTS for service on RED ROOF FRANCHISING LLC (FOREIGN LIMITED-LIABILITY COMPANY) C/O REGISTERED AGENT CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCORPORATING SERVICE COMPANY came to hand.

**ON Tuesday, March 31, 2020 AT 1:53 PM, I, Dane R Cuppett, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** RED ROOF FRANCHISING LLC (FOREIGN LIMITED-LIABILITY COMPANY) C/O REGISTERED AGENT CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCORPORATING SERVICE COMPANY, by delivering to John Spidel, 211 E 7TH STREET SUITE 620, AUSTIN, TRAVIS COUNTY, TX 78701.

My name is Dane R Cuppett. My address is 7421 BURNET ROAD NO. 501, AUSTIN, TX 78757. I am a private process server certified by the Texas Judicial Branch Certification Commission (PSC 07114, expires 10/31/2021). My e-mail address is info@easy-serve.com. My date of birth is 10/9/1984. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in TRAVIS COUNTY, TX on Tuesday, March 31, 2020.

/S/ Dane R Cuppett

Estate of Jade Pierce

Doc ID: 272269_5

## EXHIBIT A

4/6/2020 4:35 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 42151071
By: Charlie Keys
Filed: 4/6/2020 4:35 PM

**CAUSE NO. 2020-19235**

| | | |
|---|---|---|
| TANYA PIERCE, INDIVIDUALLY AND AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF JANE DOE, **PLAINTIFF** | § § § § § | IN THE 270TH DISTRICT COURT |
| VS. | § § | HARRIS COUNTY, TX |
| WRRH INVESTMENTS LP; ET AL, **DEFENDANT** | § | |

**DECLARATION OF MAILING**

**On Tuesday, March 31, 2020 at 02:40 PM** - CITATION, PLAINTIFF'S ORIGINAL PETITION, PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION, REQUEST FOR ADMISSIONS, REQUEST FOR DISCLOSURE TO DEFENDANTS **CAME TO HAND.**

**ON Thursday, April 2, 2020 at 09:09 AM** - THE ABOVE NAMED DOCUMENTS WERE DELIVERED TO: **WRRH INVESTMENTS LP C/O TEXAS SECRETARY OF STATE** AT **P.O. BOX 12079, AUSTIN, TRAVIS COUNTY, TX 78711** VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED.

**SEE ATTACHED CERTIFIED MAIL, GREEN CARD: TRACKING NUMBER # 9314 7699 0430 0070 4084 37.**

My name is Orlando M Ochoa. My address is 1201 Louisiana, Suite 370, Houston, Texas 77002, USA. I am a private process server authorized by and through the Supreme Court of Texas (PSC 12573, expires Thursday, April 30, 2020). My date of birth is August 15, 1975. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case, and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Harris County, Texas on Monday, April 6, 2020

**/S/ Orlando M Ochoa**

Client Reference#: Estate of Jade

DocID: 272269-004

**EXHIBIT A**

| Return Receipt (Form 3811) Barcode | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9699 0430 0070 4084 39 | A. Signature ☐ Agent<br>X ☐ Addressee<br>B. Received by (Printed Name) C. Date of Delivery<br>TX Comptroller M<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>APR 02 2020 |
| 1. Article Addressed to:<br>WRRH INVESTMENTS LP<br>C/O TEXAS SECRETARY OF STATE<br>P.O. BOX 12079<br>AUSTIN, TX 78711-2079<br><br>WRRH Investments LP | 3. Service Type:<br>☒ Certified Mail<br>☐ Certified Mail Restricted Delivery<br>Reference Information<br>272269-4 |
| 2. Certified Mail (Form 3800) Article Number<br>9314 7699 0430 0070 4084 37 | |
| PS Form 3811, Facsimile, July 2015 | Domestic Return Receipt |

Unofficial Copy Office of Marilyn Burgess District Clerk

**EXHIBIT A**

CAUSE NO. 202019235

COPY OF PLEADING PROVIDED BY PLT

```
                                                                RECEIPT NO.
863827
                                                           TRACKING NO: 73738985
                                                                            EML
Plaintiff:                                      In The 270thJudicial District
PIERCE, TANYS (INDIVIDUALLY AND AS REPRESENTATIVE OF THE    Court of Harris County, TX
ESTATE OF
vs.
Defendant:
WRRH INVESTMENTS LP                                              Houston, Texas
```

CITATION (SECRETARY OF STATE NON-RESIDENT)

THE STATE OF TEXAS
County of Harris

To:   WRRH INVESTMENTS LP THROUGH THE TEXAS SECRETARY OF STATE OR BY SERVICE ON ANY OF ITS PARTNERS FORWARD TO: CAPITOL SERVICES INC
      1675 S STATE ST STE B, DOVER DE 19901

      Attached is a copy of PLAINTIFF'S ORIGINAL PETITION FIRST SET OF INTERROGATORIES REQUEST FOR PRODUCTION REQUEST FOR ADMISSIONS AND REQUEST FOR DISCLOSURE TO DEFENDANTS.

This instrument was filed on March 25, 2020 in the above cited cause number and court.  The instrument attached describes the claim against you.

      YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on March 30, 2020, under my hand and seal of said court.

Issued at the request of:                       Marilyn Burgess, District Clerk
Itkin, Jason A.                                 Harris County, Texas
6009 MEMORIAL DRIVE                             201 Caroline,  Houston TX 77002
HOUSTON, TX  77007                              (POBox 4651, Houston, TX 77210)
713-222-3800
Bar Number: 24032461

                                                Generated By: CYNTHIA CLAUSELL

**EXHIBIT A**

Tracking Number: 73738985
EML

CAUSE NUMBER: 202019235

PLAINTIFF: PIERCE, TANYS (INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF   In the 270th
   vs.                                                                          Judicial District Court of
DEFENDANT: WRRH INVESTMENTS LP                                                  Harris County, Texas

OFFICER – AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___.M. on the _____day of _____,
20_____.                    Executed                                                                         at
Address)_____ in
_____ County at o'clock ___.M. on the _____ day of
_____, 20_____, by Summoning the
_____ Delivering to
_____in person a corporation By leaving in the
principal office during office hours_____ of the
said_____a true copy of this notice, together with
accompanying copy of _____To certify which I
affix my hand officially this _____day of _____, 20___.

Fees $_____

_____                   By_____
            Affiant                                                                     Deputy
On this day, _____, known to me to be the
person whose signature appears on the foregoing return, personally appeared.  After being by
me duly sworn, he/she stated that this citation was executed by him/her in the exact manner
recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____,
20__

_____
                                                                          Notary Public

# EXHIBIT A